| |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** |
| WASSERMAN, JURISTA & STOLZ, P.C.<br>110 Allen Road, Suite 304<br>Basking Ridge, New Jersey 07920<br>Tele: (973) 467-2700 / Fax: (973) 467-8126<br>Counsel to Nicholas J. Delzotti,<br>Chapter 7 Trustee<br>**SCOTT S. REVER, ESQ. (SR-1425)** |
| In Re:<br><br>**JAE I. BAE and LORI MYUNG AH BAE,**<br><br>       **Debtors.** |

Order Filed on August 9, 2016 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Chapter 7

Case No.: 16-13687 JKS

Honorable John K. Sherwood

Hearing Date: August 9, 2016 at 10:00 a.m.

**ORDER PURSUANT TO 11 U.S.C. §363(b) AND (f) AUTHORIZING THE TRUSTEE TO SELL CERTAIN REAL PROPERTY, FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS, AVOIDING LIENS PURSUANT TO 11 U.S.C. §544, AND COMPELLING THE DEBTORS TO VACATE THE PREMISES**

  The relief set forth on the following pages, numbered two (2) through four (4) is hereby

**ORDERED.**

**DATED: August 9, 2016**

                   _/s/ John K. Sherwood_
                   Honorable John K. Sherwood
                   United States Bankruptcy Court

**(Page 2)**

| | |
|---|---|
| Debtor: | Jae I. Bae and Lori Myung Ah Bae |
| Case no.: | 16-13687 JKS |
| Caption of Order: | Order Pursuant to 11 U.S.C. §363(b) and (f) Authorizing the Trustee to Sell Certain Real Property, Free and Clear of Liens, Claims and Interests, Avoiding Liens Pursuant to 11 U.S.C. §544, and compelling the Debtors to vacate the premises |

**THIS MATTER** having come on before the Court by reason of a Motion filed by Nicholas J. Delzotti, Chapter 7 Trustee in the above-captioned proceeding ("Trustee"), by and through his attorneys, Wasserman, Jurista & Stolz, P.C., seeking the entry of an Order authorizing the Trustee to sell certain real property, free and clear of liens, claims and interests, avoiding liens pursuant to 11 U.S.C. §544, and compelling the Debtors to vacate the premises, and a Notice of Proposed Private Sale having been distributed by the Clerk of the United States Bankruptcy Court for the District of New Jersey; and it appearing that no objections to the proposed sale have been filed within the time set by the Clerk or such objections have been resolved; and good and sufficient cause having been shown for the entry of this Order; it is hereby

**ORDERED**, that pursuant to 11 U.S.C. §363(b) and (f), the Trustee is hereby authorized to sell certain real estate known as 66 Horizon Court, Washington Township, New Jersey (the "Property") to Padraig Ryan and Michele Ryan for the sum of $700,000.00, which sale shall be free and clear of liens, claims and interests, with valid liens to attach to the proceeds of sale in accordance with the applicable provisions of the Bankruptcy Code and further Order of this Court; and it is further

**(Page 3)**

| | |
|---|---|
| Debtor: | Jae I. Bae and Lori Myung Ah Bae |
| Case no.: | 16-13687 JKS |
| Caption of Order: | Order Pursuant to 11 U.S.C. §363(b) and (f) Authorizing the Trustee to Sell Certain Real Property, Free and Clear of Liens, Claims and Interests, Avoiding Liens Pursuant to 11 U.S.C. §544, and compelling the Debtors to vacate the premises |

---

**ORDERED**, that the Trustee is authorized to pay the amount due on the Debtors' mortgage to M&T Bank, successor in interest to Hudson City Bank, at closing; and it is further

**ORDERED**, that the Trustee is authorized to make such payments as is necessary to deliver clear and marketable title to the Buyers including the payment of any outstanding real estate taxes and municipal assessments owed on the Property; and it is further

**ORDERED**, that the Debtors shall receive their 522(d)(1) exemption in the Property in the amount of $45,950.00 at closing, and they shall have no other interest in or entitlement to the proceeds from the sale of the Property; and it is further

**ORDERED**, that Jae I. Bae and Lori Myung Ah Bae are hereby directed to execute any and all documents which may be required to consummate the proposed sale and to cooperate with the Trustee in delivering a clear and marketable title to the Property; and it is further

**ORDERED**, that the purported judgment lien held by Great Plains Capital Corporation, Judgment Number DJ-151112-2011, on the real property located at 66 Horizon Court, Washington Township, New Jersey, be and is hereby avoided and removed from record as to the Property and its sale proceeds; and it is further

**(Page 4)**

| | |
|---|---|
| Debtor: | Jae I. Bae and Lori Myung Ah Bae |
| Case no.: | 16-13687 JKS |
| Caption of Order: | Order Pursuant to 11 U.S.C. §363(b) and (f) Authorizing the Trustee to Sell Certain Real Property, Free and Clear of Liens, Claims and Interests, Avoiding Liens Pursuant to 11 U.S.C. §544, and compelling the Debtors to vacate the premises |

**ORDERED**, that The Debtors have agreed to and shall vacate the Property and remove all of their personal belongings from the Property (except fixtures and the pool table, ping pong table and shelving in the basement) no later than August 23, 2016; and it is further

**ORDERED**, that at the time the Debtors vacate the Property, they are directed to leave the Property in broom clean condition; and it is further

**ORDERED**, that the Trustee is authorized to pay the Trustee's real estate broker, Century 21 Concept 100 the sum of $35,000.00 at closing without further order of the Court; and it is further

**ORDERED**, that this Order shall not be stayed pursuant to F.R.B.P. 6004(h).