**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

WASSERMAN, JURISTA & STOLZ, P.C.
110 Allen Road, Suite 304
Basking Ridge, New Jersey  07920
Tele: (973) 467-2700 / Fax:  (973) 467-8126
Counsel to Nicholas J. Delzotti,
Chapter 7 Trustee
**SCOTT S. REVER, ESQ. (SR-1425)**

Order Filed on August 9, 2016 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

**JAE I. BAE and LORI MYUNG AH BAE,**

**Debtors.**

Chapter 7

Case No.: 16-13687 JKS

Honorable John K. Sherwood

Hearing Date: August 9, 2016 at 10:00 a.m.

**ORDER PURSUANT TO 11 U.S.C. §363(b) AND (f) AUTHORIZING THE TRUSTEE TO SELL CERTAIN REAL PROPERTY, FREE AND CLEAR OF LIENS, CLAIMS AND INTERESTS, AVOIDING LIENS PURSUANT TO 11 U.S.C. §544, AND COMPELLING THE DEBTORS TO VACATE THE PREMISES**

The relief set forth on the following pages, numbered two (2) through four (4) is hereby

**ORDERED.**

**DATED: August 9, 2016**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

**(Page 2)**

Debtor:                    Jae I. Bae and Lori Myung Ah Bae

Case no.:                  16-13687 JKS

Caption of Order:          Order Pursuant to 11 U.S.C. §363(b) and (f) Authorizing the Trustee to
                           Sell Certain Real Property, Free and Clear of Liens, Claims and Interests,
                           Avoiding Liens Pursuant to 11 U.S.C. §544, and compelling the Debtors
                           to vacate the premises

---

**THIS MATTER** having come on before the Court by reason of a Motion filed by
Nicholas J. Delzotti, Chapter 7 Trustee in the above-captioned proceeding ("Trustee"), by and
through his attorneys, Wasserman, Jurista & Stolz, P.C., seeking the entry of an Order
authorizing the Trustee to sell certain real property, free and clear of liens, claims and interests,
avoiding liens pursuant to 11 U.S.C. §544, and compelling the Debtors to vacate the premises,
and a Notice of Proposed Private Sale having been distributed by the Clerk of the United States
Bankruptcy Court for the District of New Jersey; and it appearing that no objections to the
proposed sale have been filed within the time set by the Clerk or such objections have been
resolved; and good and sufficient cause having been shown for the entry of this Order; it is
hereby

**ORDERED**, that pursuant to 11 U.S.C. §363(b) and (f), the Trustee is hereby authorized
to sell certain real estate known as 66 Horizon Court, Washington Township, New Jersey (the
"Property") to Padraig Ryan and Michele Ryan for the sum of $700,000.00, which sale shall be
free and clear of liens, claims and interests, with valid liens to attach to the proceeds of sale in
accordance with the applicable provisions of the Bankruptcy Code and further Order of this
Court; and it is further

**(Page 3)**

Debtor:                Jae I. Bae and Lori Myung Ah Bae

Case no.:              16-13687 JKS

Caption of Order:      Order Pursuant to 11 U.S.C. §363(b) and (f) Authorizing the Trustee to
                       Sell Certain Real Property, Free and Clear of Liens, Claims and Interests,
                       Avoiding Liens Pursuant to 11 U.S.C. §544, and compelling the Debtors
                       to vacate the premises

---

**ORDERED**, that the Trustee is authorized to pay the amount due on the Debtors'

mortgage to M&T Bank, successor in interest to Hudson City Bank, at closing; and it is further

**ORDERED**, that the Trustee is authorized to make such payments as is necessary to

deliver clear and marketable title to the Buyers including the payment of any outstanding real

estate taxes and municipal assessments owed on the Property; and it is further

**ORDERED**, that the Debtors shall receive their 522(d)(1) exemption in the Property in

the amount of $45,950.00 at closing, and they shall have no other interest in or entitlement to the

proceeds from the sale of the Property; and it is further

**ORDERED**, that Jae I. Bae and Lori Myung Ah Bae are hereby directed to execute any

and all documents which may be required to consummate the proposed sale and to cooperate

with the Trustee in delivering a clear and marketable title to the Property; and it is further

**ORDERED**, that the purported judgment lien held by Great Plains Capital Corporation,

Judgment Number DJ-151112-2011, on the real property located at 66 Horizon Court,

Washington Township, New Jersey, be and is hereby avoided and removed from record as to the

Property and its sale proceeds; and it is further

**(Page 4)**

| | |
|---|---|
| Debtor: | Jae I. Bae and Lori Myung Ah Bae |
| Case no.: | 16-13687 JKS |
| Caption of Order: | Order Pursuant to 11 U.S.C. §363(b) and (f) Authorizing the Trustee to Sell Certain Real Property, Free and Clear of Liens, Claims and Interests, Avoiding Liens Pursuant to 11 U.S.C. §544, and compelling the Debtors to vacate the premises |

**ORDERED**, that The Debtors have agreed to and shall vacate the Property and remove all of their personal belongings from the Property (except fixtures and the pool table, ping pong table and shelving in the basement) no later than August 23, 2016; and it is further

**ORDERED**, that at the time the Debtors vacate the Property , they are directed to leave the Property in broom clean condition; and it is further

**ORDERED**, that the Trustee is authorized to pay the Trustee's real estate broker, Century 21 Concept 100 the sum of $35,000.00 at closing without further order of the Court; and it is further

**ORDERED**, that this Order shall not be stayed pursuant to F.R.B.P. 6004(h).

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-13687-JKS
Jae I. Bae                                                              Chapter 7
Lori Myung Ah Bae
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Aug 09, 2016
                             Form ID: pdf903           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2016.
db/jdb          +Jae I. Bae,    Lori Myung Ah Bae,    66 Horizon Court,   Township of Washington, NJ 07676-3847

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2016                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2016 at the address(es) listed below:
              David A. Ast   on behalf of Joint Debtor Lori Myung Ah Bae davidast@davidastlaw.com,
               info@davidastlaw.com;robert@davidastlaw.com;astecf@gmail.com
              David A. Ast   on behalf of Debtor Jae I. Bae davidast@davidastlaw.com,
               info@davidastlaw.com;robert@davidastlaw.com;astecf@gmail.com
              Denise E. Carlon   on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nicholas J. Delzotti   on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com,
               NJ58@ecfcbis.com
              Nicholas J. Delzotti    nick9151@aol.com,  NJ58@ecfcbis.com
              Scott S. Rever   on behalf of Trustee Nicholas J. Delzotti srever@wjslaw.com,
               srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
                                                                                        TOTAL: 6