Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 16−13687−JKS
                Chapter:  7
                Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

  Jae I. Bae                                           Lori Myung Ah Bae
  66 Horizon Court                           66 Horizon Court
  Township of Washington, NJ 07676       Township of Washington, NJ 07676

Social Security No.:
  xxx−xx−6128                                      xxx−xx−7426

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on September 19, 2016, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 29 − 27
Order Granting Application to Employ Werdann DeVito, LLC as Accountant. (Related Doc # 27). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 9/18/2016. (rah)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: September 19, 2016
JJW: rah

                                                                          James J. Waldron
                                                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-13687-JKS
Jae I. Bae                                                              Chapter 7
Lori Myung Ah Bae
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Sep 19, 2016
                              Form ID: orderntc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2016.
acc            +Werdann DeVito, LLC,   67 Walnut Avenue,   Suite 405,   Clark, NJ 07066-1687

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2016                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2016 at the address(es) listed below:
          David A. Ast    on behalf of Joint Debtor Lori Myung Ah Bae davidast@davidastlaw.com,
           info@davidastlaw.com;robert@davidastlaw.com;astecf@gmail.com
          David A. Ast    on behalf of Debtor Jae I. Bae davidast@davidastlaw.com,
           info@davidastlaw.com;robert@davidastlaw.com;astecf@gmail.com
          Denise E. Carlon    on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Nicholas J. Delzotti    on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com,
           NJ58@ecfcbis.com
          Nicholas J. Delzotti    nick9151@aol.com,   NJ58@ecfcbis.com
          Scott S. Rever    on behalf of Trustee Nicholas J. Delzotti srever@wjslaw.com,
           srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
                                                                                             TOTAL: 6