UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

WASSERMAN, JURISTA & STOLZ, P.C.
110 Allen Road, Suite 304
Basking Ridge, New Jersey  07920
Tele: (973) 467-2700 / Fax:  (973) 467-8126
Counsel for Nicholas J. Delzotti
Chapter 7 Trustee
SCOTT S. REVER (SR 1425)

---

| | |
|---|---|
| In Re:<br><br>JAE I. BAE AND LORI MYUNG AH BAE,<br><br>                              Debtor. | Case No.:        16-13687<br><br>Chapter:             7<br><br>Judge:        John K. Sherwood |

Order Filed on September 18, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey

## ORDER AUTHORIZING RETENTION OF

WERDANN DEVITO, LLC

The relief set forth on the following page is **ORDERED**.

**DATED: September 18, 2016**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain _____Werdann DeVito, LLC_____

as _____Accountants_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.
   The professional's address is:   67 Walnut Avenue, Suite 405
   Clark, New Jersey  07066
   _____

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Jae I. Bae  
Lori Myung Ah Bae  
       Debtors

Case No. 16-13687-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Sep 19, 2016  
                       Form ID: pdf903     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2016.  
db         #+Jae I. Bae,    66 Horizon Court,    Township of Washington, NJ 07676-3847  
jdb        +Lori Myung Ah Bae,    66 Horizon Court,    Township of Washington, NJ 07676-3847

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2016                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2016 at the address(es) listed below:  
         David A. Ast    on behalf of Joint Debtor Lori Myung Ah Bae davidast@davidastlaw.com,  
          info@davidastlaw.com;robert@davidastlaw.com;astecf@gmail.com  
         David A. Ast    on behalf of Debtor Jae I. Bae davidast@davidastlaw.com,  
          info@davidastlaw.com;robert@davidastlaw.com;astecf@gmail.com  
         Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,  
          bkgroup@kmllawgroup.com  
         Nicholas J. Delzotti    on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com,  
          NJ58@ecfcbis.com  
         Nicholas J. Delzotti    nick9151@aol.com,    NJ58@ecfcbis.com  
         Scott S. Rever    on behalf of Trustee Nicholas J. Delzotti srever@wjslaw.com,  
          srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com  
                                                                                                         TOTAL: 6