Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−13687−JKS
Chapter: 7
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jae I. Bae
66 Horizon Court
Township of Washington, NJ 07676

Lori Myung Ah Bae
66 Horizon Court
Township of Washington, NJ 07676

Social Security No.:
  xxx−xx−6128                                  xxx−xx−7426

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:      12/15/16
Time:      10:00 AM
Location:  Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Wasserman, Jurista & Stolz, Trustee's Attorney

COMMISSION OR FEES
Fee: $21,942.50

EXPENSES
$383.32

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: November 4, 2016
JJW:

James J. Waldron
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-13687-JKS
Jae I. Bae                                                                Chapter 7
Lori Myung Ah Bae
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 2           Date Rcvd: Nov 04, 2016
                               Form ID: 137             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2016.
```
db            #+Jae I. Bae,    66 Horizon Court,    Township of Washington, NJ 07676-3847
jdb            +Lori Myung Ah Bae,    66 Horizon Court,    Township of Washington, NJ 07676-3847
aty            +Wasserman Jurista & Stolz, P.C.,    225 Millburn Avenue,    Millburn, NJ 07041-1712
r              +Century 21 Concept 100,    219 W. Madison Avenue,    Dumont, NJ 07628-2814
acc            +Werdann DeVito, LLC,    67 Walnut Avenue,    Suite 405,    Clark, NJ 07066-1687
516027500      +American Express,    PO Box 981537,    El Paso, TX 79998-1537
516201542       American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516214536       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
516027502      +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
516027501      +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
516218930       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
516027503      +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
516027504      +Chase,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
516027505      +Citi Cards,    PO Box 6241,    Sioux Falls, SD 57117-6241
516027510     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    PO Box 245,
                 Trenton, NJ 08695-0245)
516027512     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank,    PO Box 5227,    Cincinnati, OH 45201)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 04 2016 23:07:52    U.S. Attorney,   970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 04 2016 23:07:48    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516027506       E-mail/Text: mrdiscen@discover.com Nov 04 2016 23:07:00    Discover Financial Services,
                 PO Box 15316,    Wilmington, DE 19850
516197679       E-mail/Text: mrdiscen@discover.com Nov 04 2016 23:07:00    Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
516027507      +E-mail/Text: fnb.bk@fnfg.com Nov 04 2016 23:08:17    First Niagra Bank,   6950 S Transit Road,
                 Lockport, NY 14094-6384
516027508       E-mail/Text: cio.bncmail@irs.gov Nov 04 2016 23:07:21    IRS,
                 Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
516027509       E-mail/Text: camanagement@mtb.com Nov 04 2016 23:07:34    M&T Bank,   PO Box 1288,
                 Buffalo, NY 14240
516027511      +E-mail/Text: bankruptcy@td.com Nov 04 2016 23:07:54    TD Bank NA,    PO Box 84037,
                 Columbus, GA 31908-4037
                                                                                              TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516246855*      American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516259706*      American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
516027513*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court: US Bank,    PO Box 790408,    Saint Louis, MO 63179-0408)
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2           User: admin                  Page 2 of 2                   Date Rcvd: Nov 04, 2016
                               Form ID: 137                 Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 3, 2016 at the address(es) listed below:
              David A. Ast    on behalf of Joint Debtor Lori Myung Ah Bae david@astschmidtlaw.com,
               info@davidastlaw.com;robert@davidastlaw.com;astecf@gmail.com
              David A. Ast    on behalf of Debtor Jae I. Bae david@astschmidtlaw.com,
               info@davidastlaw.com;robert@davidastlaw.com;astecf@gmail.com
              Denise E. Carlon    on behalf of Creditor   M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nicholas J. Delzotti    on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com,
               NJ58@ecfcbis.com
              Nicholas J. Delzotti    nick9151@aol.com,  NJ58@ecfcbis.com
              Scott S. Rever    on behalf of Trustee Nicholas J. Delzotti srever@wjslaw.com,
               srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
                                                                                             TOTAL: 6
```