| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>WASSERMAN, JURISTA & STOLZ, PC<br>110 Allen Road, Suite 304<br>Basking Ridge, NJ 07920<br>T: 973-467-2700<br>Counsel for Nicholas J. Delzotti, Chapter 7 Trustee<br>SCOTT S. REVER (SR-1425) | Order Filed on December 16,<br>2016 by Clerk U.S. Bankruptcy<br>Court District of New Jersey |
| In Re:<br><br>JAE I. BAE AND LORI MYUNG AH BAE,<br>                                Debtors. | Case No.:    16-13687 JKS<br><br>Hearing Date: <br><br>Judge:    John K. Sherwood<br><br>Chapter:    7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

DATED: December 16, 2016

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Wasserman, Jurista & Stolz | $21,942.50 | $383.32 |

*rev.8/1/15*