# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                                Case No.:  16−13687−JKS
                                Chapter:  7
                                Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jae I. Bae                                                    Lori Myung Ah Bae
   66 Horizon Court                                   66 Horizon Court
   Township of Washington, NJ 07676        Township of Washington, NJ 07676

Social Security No.:
   xxx−xx−6128                                          xxx−xx−7426

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on December 16, 2016, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 37 − 33
Order Granting Application For Compensation for Werdann DeVito, LLC, fees awarded: $2400.00, expenses awarded: $ (Related Doc # 33). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 12/16/2016. (zlh)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 16, 2016
JJW: zlh

                                                                                  James J. Waldron
                                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Jae I. Bae  
Lori Myung Ah Bae  
    Debtors

Case No. 16-13687-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 16, 2016  
                       Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2016.  
acc          +Werdann DeVito, LLC,    67 Walnut Avenue,    Suite 405,    Clark, NJ 07066-1687

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016                                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2016 at the address(es) listed below:

        David A. Ast    on behalf of Joint Debtor Lori Myung Ah Bae david@astschmidtlaw.com,
         info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com  
        David A. Ast    on behalf of Debtor Jae I. Bae david@astschmidtlaw.com,
         info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com  
        Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com  
        Nicholas J. Delzotti    on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com,
         NJ58@ecfcbis.com  
        Nicholas J. Delzotti    nick9151@aol.com,    NJ58@ecfcbis.com  
        Scott S. Rever    on behalf of Trustee Nicholas J. Delzotti srever@wjslaw.com,
         srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com  
        Scott S. Rever    on behalf of Accountant    Werdann DeVito, LLC srever@wjslaw.com,
         srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com  
                                                                                      TOTAL: 7