UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

WASSERMAN, JURISTA & STOLZ, PC
110 Allen Road, Suite 304
Basking Ridge, NJ  07920
T: 973-467-2700
Counsel for Nicholas J. Delzotti, Chapter 7 Trustee
SCOTT S. REVER (SR-1425)

Order Filed on December 16, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey

In Re:

JAE I. BAE AND LORI MYUNG AH BAE,
                                    Debtors.

Case No.:       16-13687 JKS

Hearing Date:   _____

Judge:          John K. Sherwood

Chapter:        7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

DATED: December 16, 2016

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Wasserman, Jurista & Stolz | $21,942.50 | $383.32 |

rev.8/1/15

2

United States Bankruptcy Court
District of New Jersey

In re:  
Jae I. Bae  
Lori Myung Ah Bae  
       Debtors

Case No. 16-13687-JKS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Dec 16, 2016  
                    Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2016.  
db/jdb         #+Jae I. Bae,    Lori Myung Ah Bae,    66 Horizon Court,    Township of Washington, NJ 07676-3847

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2016                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2016 at the address(es) listed below:

         David A. Ast    on behalf of Joint Debtor Lori Myung Ah Bae david@astschmidtlaw.com, info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com  
         David A. Ast    on behalf of Debtor Jae I. Bae david@astschmidtlaw.com, info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com  
         Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Nicholas J. Delzotti    on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com, NJ58@ecfcbis.com  
         Nicholas J. Delzotti    nick9151@aol.com, NJ58@ecfcbis.com  
         Scott S. Rever    on behalf of Trustee Nicholas J. Delzotti srever@wjslaw.com, srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com  
         Scott S. Rever    on behalf of Accountant    Werdann DeVito, LLC srever@wjslaw.com, srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com  
                                                                                                                                   TOTAL: 7