Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16–13687–JKS
Chapter: 7
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jae I. Bae  
66 Horizon Court  
Township of Washington, NJ 07676

Lori Myung Ah Bae  
66 Horizon Court  
Township of Washington, NJ 07676

Social Security No.:
  xxx–xx–6128                                                   xxx–xx–7426

Employer's Tax I.D. No.:

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE,
## OF HEARING ON APPLICATIONS FOR COMPENSATION
## (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable John K. Sherwood on:

DATE:             February 16, 2017  
TIME:             10:00 AM  
LOCATION:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:            $700,000.00  
TOTAL DISBURSEMENTS:   $593,427.45  
BALANCE ON HAND:        $106,572.55

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)  
Nicholas Delzotti,  
Trustee

COMMISSION OR FEES  
$35,952.50

EXPENSES  
$78.75

The trustee's application to abandon the following property will be heard and acted upon:

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: January 13, 2017
JAN: car

                                              Jeanne Naughton
                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-13687-JKS
Jae I. Bae                                                              Chapter 7
Lori Myung Ah Bae
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Jan 13, 2017
                              Form ID: 192             Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2017.
```
db           #+Jae I. Bae,    66 Horizon Court,    Township of Washington, NJ 07676-3847
jdb           +Lori Myung Ah Bae,    66 Horizon Court,    Township of Washington, NJ 07676-3847
aty           +Wasserman Jurista & Stolz, P.C.,    225 Millburn Avenue,    Millburn, NJ 07041-1712
r             +Century 21 Concept 100,    219 W. Madison Avenue,    Dumont, NJ 07628-2814
acc           +Werdann DeVito, LLC,    67 Walnut Avenue,    Suite 405,    Clark, NJ 07066-1687
516027500    +American Express,    PO Box 981537,    El Paso, TX 79998-1537
516201542     American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516214536     American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern PA 19355-0701
516027502    +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
516027501    +Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
516218930     Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
516027503    +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
516027504    +Chase,    800 Brooksedge Blvd.,    Westerville, OH 43081-2822
516027505    +Citi Cards,    PO Box 6241,    Sioux Falls, SD 57117-6241
516027510   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
               TRENTON NJ 08646-0245
             (address filed with court:  State of New Jersey,    Division of Taxation,    PO Box 245,
               Trenton, NJ 08695-0245)
516027512   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  US Bank,    PO Box 5227,    Cincinnati, OH 45201)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jan 13 2017 23:39:14      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 13 2017 23:39:11      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516027506     E-mail/Text: mrdiscen@discover.com Jan 13 2017 23:38:27      Discover Financial Services,
               PO Box 15316,    Wilmington, DE 19850
516197679     E-mail/Text: mrdiscen@discover.com Jan 13 2017 23:38:27      Discover Bank,
               Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
516027507    +E-mail/Text: fnb.bk@fnfg.com Jan 13 2017 23:39:43      First Niagra Bank,    6950 S Transit Road,
               Lockport, NY 14094-6384
516027508     E-mail/Text: cio.bncmail@irs.gov Jan 13 2017 23:38:45      IRS,
               Centralized Insolvency Operations,    PO Box 7346,    Philadelphia, PA 19101-7346
516027509     E-mail/Text: camanagement@mtb.com Jan 13 2017 23:38:58      M&T Bank,    PO Box 1288,
               Buffalo, NY 14240
516027511    +E-mail/Text: bankruptcy@td.com Jan 13 2017 23:39:17      TD Bank NA,    PO Box 84037,
               Columbus, GA 31908-4037
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516246855*      American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516259706*      American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
516027513*    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
               (address filed with court:  US Bank,    PO Box 790408,    Saint Louis, MO 63179-0408)
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2              User: admin              Page 2 of 2              Date Rcvd: Jan 13, 2017
                                  Form ID: 192             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 13, 2017 at the address(es) listed below:
              David A. Ast     on behalf of Joint Debtor Lori Myung Ah Bae david@astschmidtlaw.com,
               info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
              David A. Ast     on behalf of Debtor Jae I. Bae david@astschmidtlaw.com,
               info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Nicholas J. Delzotti    on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com,
               NJ58@ecfcbis.com
              Nicholas J. Delzotti    nick9151@aol.com,  NJ58@ecfcbis.com
              Scott S. Rever    on behalf of Trustee Nicholas J. Delzotti srever@wjslaw.com,
               srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
              Scott S. Rever    on behalf of Accountant    Werdann DeVito, LLC srever@wjslaw.com,
               srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
                                                                                             TOTAL: 7
```