UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

50 Walnut Street
Newark, NJ 07102

Order Filed on February 16, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey

In Re:

Jae I. Bae and Lori Myung Ah Bae

| | |
|---|---|
| Case No.: | 16-13687 |
| Hearing Date: | 2/16/2017 |
| Judge: | John K. Shewood |
| Chapter: | 7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 16, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:
BAE, JAE I.
BAE, LORI AH

Case No. 16-13687 JKS

Debtor(s)

**ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES**

AND NOW, this _____ day of _____, 20__, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $35,952.50 is reasonable compensation for the services in this case by NICHOLAS J. DELZOTTI, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $78.75 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

_____
JOHN K. SHERWOOD
United States Bankruptcy Judge

DATED: _____