UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

50 Walnut Street
Newark, NJ 07102

**Order Filed on February 16, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

In Re:

Jae I. Bae and Lori Myung Ah Bae

| | |
|---|---|
| Case No.: | 16-13687 |
| Hearing Date: | 2/16/2017 |
| Judge: | John K. Shewood |
| Chapter: | 7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

DATED: **February 16, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN RE:
BAE, JAE I.
BAE, LORI AH

Case No. 16-13687 JKS

Debtor(s)

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW,  this _____ day of _____, 20__, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $35,952.50 is reasonable compensation for the services in this case by NICHOLAS J. DELZOTTI, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $78.75 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court,

JOHN K. SHERWOOD
United States Bankruptcy Judge

DATED: _____

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-13687-JKS
Jae I. Bae                                                                Chapter 7
Lori Myung Ah Bae
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Feb 16, 2017
                              Form ID: pdf903          Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 18, 2017.
db          #+Jae I. Bae,   66 Horizon Court,   Township of Washington, NJ 07676-3847
jdb          +Lori Myung Ah Bae,   66 Horizon Court,   Township of Washington, NJ 07676-3847

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2017 at the address(es) listed below:
          David A. Ast    on behalf of Joint Debtor Lori Myung Ah Bae david@astschmidtlaw.com,
           info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
          David A. Ast    on behalf of Debtor Jae I. Bae david@astschmidtlaw.com,
           info@astschmidtlaw.com;robert@astschmidtlaw.com;astecf@gmail.com
          Denise E. Carlon    on behalf of Creditor  M&T Bank dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Nicholas J. Delzotti    on behalf of Trustee Nicholas J. Delzotti nick9151@aol.com,
           NJ58@ecfcbis.com
          Nicholas J. Delzotti    nick9151@aol.com,  NJ58@ecfcbis.com
          Scott S. Rever    on behalf of Trustee Nicholas J. Delzotti srever@wjslaw.com,
           srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
          Scott S. Rever    on behalf of Accountant  Werdann DeVito, LLC srever@wjslaw.com,
           srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
                                                                        TOTAL: 7