Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  16–13687–JKS
Chapter:  7
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Jae I. Bae
66 Horizon Court
Township of Washington, NJ 07676

Lori Myung Ah Bae
66 Horizon Court
Township of Washington, NJ 07676

Social Security No.:
  xxx–xx–6128                                          xxx–xx–7426

Employer's Tax I.D. No.:

**FINAL DECREE**

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Nicholas J. Delzotti is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: June 8, 2017           John K. Sherwood
                              Judge, United States Bankruptcy Court